IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BANCROFT LIFE & CASUALTY,

     Plaintiff/Counterclaim Defendant,     12cv1431

                                             **ELECTRONICALLY FILED**

        v.

ERWIN LO, M.D., SUE JIN YU, M.D.,

     Defendants/Counterclaim Plaintiffs.


**ORDER CLARIFYING SUPPLEMENTAL PRETRIAL ORDERS**

AND NOW, this 21st day of November, the Court hereby notifies the parties that pursuant to the Supplemental Pretrial Order dated October 24, 2013 (doc. no. 62) which required the parties to file proposed findings of fact and conclusions of law, and a subsequent Order dated October 30, 2013 (doc. no. 167) which extended the deadline to file said proposed findings of fact and conclusions of law to December 2, 2013, the Defendants need not attempt to consecutively number their findings of fact and conclusions of law, to correspond to the same numbered findings of fact and conclusions of law proposed by Plaintiff.   The parties must still comply with all other aspects of the prior Orders (doc. nos. 62 and 167).


                                       s/Arthur J. Schwab
                                       Arthur J. Schwab
                                       United States District Judge


cc:     All counsel of record